UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PHILLIP LEIB-PODRY,

                Plaintiff,                        **ORDER**

       -against-                       **22-cv-8614 (VEC)(JW)**

GEOFFEREY TOBIAS et al,

                Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court notes that Plaintiff is currently not represented by an attorney (in other words, Mr. Leib-Podry is acting "*pro se*").

To the extent Plaintiff wishes to receive documents in this case electronically (by e-mail) instead of by regular mail, he may consent to electronic service by filing a Pro Se Consent to Electronic Service Form, available in the Pro Se Intake Unit or at [https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases](https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases). Not only would this enable Mr. Leib-Podry to access the docket electronically, but it would also permit him to receive the Court's notices instantaneously.

The Court notes that there is a **free** legal clinic in this District available to assist parties that represent themselves in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.

The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190. To receive assistance from the clinic, parties may complete the clinic's intake form on their computer or phone at: https://tinyurl.com/NYLAG-ProSe-OI.

SO ORDERED.

DATED:   New York, New York
         May 10, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge