UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PHILLIP LEIB-PODRY,

                        Plaintiff,                        **ORDER**

          -against-                              **22-cv-8614 (VEC)(JW)**

GEOFFEREY TOBIAS *et al.*,

                        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court notes that Plaintiff is currently not represented by an attorney (in other words, Mr. Leib-Podry is acting "*pro se*").

      In a previous Order, the Court noted that there are resources available to assist *pro se* litigants. Nevertheless, it appears that Mr. Leib-Podry has not yet registered to receive documents electronically.

      On June 1st, Defendants Berkshire Hathaway, MedPro Group, Princeton Insurance Company, and Geoffrey Tobias moved to dismiss the action. Defendants Berkshire Hathaway, MedPro Group, and Princeton Insurance Company filed a Rule 12.1 Notice stating, "THE CLAIMS YOU ASSERT IN YOUR COMPLAINT MAY BE DISMISSED WITHOUT A TRIAL IF YOU DO NOT RESPOND TO THIS MOTION." Dkt. No. 41.

      To date, Mr. Leib Podry has not filed an Opposition to the Motions to Dismiss or a request for an extension of time.

      Therefore, the Court orders the following:

- Mr. Leib-Podry and the attorneys for all Defendants must appear in person in Courtroom 228, 40 Foley Square, New York, New York **on July 27, 2023, at 11:30 am**. The Parties are encouraged to arrive early enough to clear security so that the conference can start on time.

- **All deadlines in this case are paused** until the above conference is held. New deadlines will be issued following that conference.

The Court respectfully requests that the Defendants email a copy of this Order to Mr. Leib-Podry.

SO ORDERED.

DATED:   New York, New York
         June 29, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge