UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PHILLIP LEIB-PODRY,

                Plaintiff,              **ORDER**

     -against-              **22-cv-8614 (VEC)(JW)**

GEOFFEREY TOBIAS *et al.*,

                Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

     The Court is in receipt of Plaintiff's purported Motion for Judgment on the Pleadings filed on October 17th. Dkt. No. 63. The Court has also received a letter from the Defendant objecting to the filing. Dkt. No. 64.

     There remains a pending Motion to Dismiss. Dkt. No. 38. Until the Motion to Dismiss is decided, **all deadlines in the case are stayed**. Therefore, Defendant need not file any response to the Motion for Judgment on the Pleadings until that time.

     While the Parties remain free to file new motions or other letters, neither Party need file any document until a decision on the Motion to Dismiss has been issued.

     SO ORDERED.

DATED:    New York, New York
             October 19, 2023

                                                */s/ Jennifer E. Willis*
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge